# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DIGITAL ASSURANCE
CERTIFICATION, LLC,**

       **Plaintiff,**

**-vs-**                         **Case No. 6:07-cv-94-Orl-22DAB**

**MUNICIPAL ADVISORY COUNCIL OF
TEXAS,**

       **Defendant.**
_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed

herein:

---

**MOTION:**    **MOTION TO EXTEND DEADLINE FOR FILING DAC'S
OPPOSITION TO MACT'S JURISDICTIONAL
CHALLENGE AND VENUE TRANSFER MOTION AND
FOR LEAVE TO TAKE RELATED EXPEDITED
DEPOSITION OF LAURA SLAUGHTER (Doc. No. 38)**

**FILED:**    **March 7, 2007**
_____

**THEREON** it is **ORDERED** that the motion is **GRANTED** in part.

---

Pending before the District Judge are Plaintiff's Motion for Preliminary Injunction (Doc. No.

19) and Defendant's Motion to Dismiss for Lack of Personal Jurisdiction or Transfer Venue of the

Action (Doc. No. 26).  Plaintiff seeks leave in the instant motion to take an expedited deposition of

Laura Slaughter, the Affiant relied upon by Defendant in support of its motion to dismiss/transfer, and

also seeks to enlarge the deadline for Plaintiff to respond to the motion to dismiss/transfer. Defendant

does not oppose the request to extend the deadline for filing a response to the motion to

dismiss/transfer, but opposes, in large measure, the expedited deposition request (Doc. No. 39).

Upon consideration, the motion is **granted in part.**   Plaintiff may take the deposition of Ms.

Slaughter under the following conditions only: 1) the deposition is to occur in Austin, Texas; 2) is

limited to no more than three hours in length; 3) on matters pertaining solely to the personal

jurisdiction issues; and 4) is to be concluded by March 20, 2007.  The request for additional time in

which to respond to the pending motion to dismiss/transfer is **deferred** for consideration by the

District Judge.

> **DONE** and **ORDERED** in Orlando, Florida on March 13, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Honorable Anne C. Conway
Counsel of Record